No. 03–8407. Cross v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8535. Freeman v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 03–8805. Cooper, aka Sealed Defendant 1 v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–9116. Basker v. Boyce et al. Sup. Ct. Fla. Certiorari denied.

No. 03–9208. DeSantis v. United States. C. A. 6th Cir. Certiorari denied.

No. 03–9243. Castillo v. Corsini, Superintendent, Bay State Correctional Center. C. A. 1st Cir. Certiorari denied.

No. 03–9284. McCrae v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 03–9334. Zhuo Jian Ping v. Subdivision Office of Immigration and Naturalization Services INS Officials. C. A. 11th Cir. Certiorari denied.

No. 03–9465. Rearden v. United States. C. A. 9th Cir. Certiorari denied.

No. 03–9664. Benson v. United States. C. A. 4th Cir. Certiorari denied.

No. 03–9672. Martinez v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9675. Strange v. Norfolk Southern Corp. C. A. 11th Cir. Certiorari denied.

No. 03–9719. Corbeil v. United States. C. A. 9th Cir. Certiorari denied.

No. 03–9746. Smith v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.